**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ANGEL LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 11-01999 (RMC)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Partially Dismiss Amended Complaint [Dkt. 4] is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss the negative evaluation as a retaliatory action in Count I is **GRANTED** and the allegation is dismissed without prejudice; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss Count II is **GRANTED** as conceded and Count II is dismissed with prejudice; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss the alleged falsification of time sheets and failure to file timely workers' compensation documents as retaliatory acts under Title VII is **DENIED**; and it is

1

**FURTHER ORDERED** that Plaintiff may file a second amended complaint no later than September 17, 2012, should she choose to do so.  Failure to file a timely amended complaint may result in waiver of potential claims addressed in this memorandum.

**SO ORDERED**.

Date:  August 17, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge